# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MIKE HOOKS, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION NO.:** ) ) |
| **M/V NATHAN BRANDON,** *in rem*; **NATHAN BRANDON PTE LTD.;** **OMEGA MANAGEMENT PTE LTD.;** **and COOPER MARINE & TIMBERLANDS CORPORATION,** *in personam*, | ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## VERIFIED COMPLAINT

COMES NOW Mike Hooks, LLC, owner of the Dredge E. STROUD, and asserts its claim for damages against the M/V NATHAN BRANDON (n/k/a SSI DEFIANT), IMO No. 9603116, her engines, boilers, tackle, equipment, appurtenances, and cargo, *in rem*, and against Nathan Brandon Pte Ltd., Omega Management Pte Ltd., and Cooper Marine & Timberlands Corporation, *in personam*, and states as follows:

### JURISDICTION

1. This is an admiralty and maritime claim within this Honorable Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure as a maritime tort occurring between vessels upon navigable waters.

### VENUE

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as all acts giving rise to the allegations in this complaint occurred within this District, specifically in the waters of the Mobile Bay, Alabama.

- 2 -

3. Upon information and belief, the M/V NATHAN BRANDON will/may be within this District during the pendency of this action.

## PARTIES

4. Mike Hooks, LLC ("**Hooks**") is a Louisiana limited liability company doing business in Mobile, Alabama and was at all times relevant the owner of the Dredge E. STROUD.

5. The Dredge E. STROUD (the "**Dredge**") is a non-propelled, cutter-suction dredge barge engaged in the dredging business in Mobile, Alabama registered with the United States Coast Guard and bearing Official Number 105661-03.

6. Defendant M/V NATHAN BRANDON (n/k/a SSI DEFIANT) (the "**Ship**") is an oceangoing bulk carrier bearing IMO No. 9603116 and was at all times relevant underway upon navigable waters in Mobile Bay and the Theodore Ship Channel, south of Mobile, Alabama. Upon information and belief, the Ship was registered in Singapore at the time of the incident but has since been registered in the Marshall Islands.

7. Upon information and belief, Defendant Nathan Brandon Pte Ltd. is a privately held business entity organized under Singapore law and the owner of the Ship and has its offices at 3791 Jalan Bukit Merah, No. 08-12 E-Centre at Redhill, Singapore 159471.

8. Upon information and belief, Defendant Omega Management Pte Ltd. is a privately held business entity organized under Singapore law and was at all times relevant the operator of the Ship and has its offices at 3 Temasek Avenue, No. 21-51 Centennial Tower, Singapore 039190 and/or 9 Temasek Boulevard, No. 07-01 Suntec Tower Two, Singapore 038989.

9. Defendant Cooper Marine & Timberlands Corporation (n/k/a Cooper Timberlands Corporation) is an Alabama corporation with its principal place of business in Mobile, Alabama, and, upon information and belief, was the owner of two tugboats which at all times relevant assisted the M/V NATHAN BRANDON in navigating the Theodore Ship Channel.

- 3 -

**FACTS**

10.   On or about May 20, 2021, the Dredge was positioned in Mobile Bay, near navigation mark 13 and close to the Theodore Ship Channel while actively dredging.

11.   On the day of the incident, westerly winds were blowing approximately 7 to 15 knots with 30 knot gusts in Mobile Bay and specifically around the Theodore Ship Channel.

12.   The Dredge was standing by with its port-side spud holding it in place with its starboard stern and piping located near the left toe of the Theodore Ship Channel.

13.   At all times relevant, the Dredge was flying the appropriate day symbols (ball-diamond-ball) for a vessel with limited maneuverability.

14.   The Ship was proceeding inbound towards the Theodore Industrial Port with a pilot on board and two assist tugs owned and operated by Cooper Marine & Timberlands Corporation.

15.   As the Ship was in transit south of Gaillard Island, the Ship communicated that it would pass on the Dredge's starboard side.

16.   The Ship had adequate space within the Theodore Ship Channel to pass the Dredge safely with approximately 320 feet of channel space north and starboard of the Dredge and its equipment.

17.   The Ship continued to approach the Dredge until impact became imminent, at which point the Ship's tugs broke off.

18.   The Dredge remained spudded in place at all relevant times prior to being struck by the Ship.

19.   At approximately 8:40am, the Ship struck the floating dredge pipeline with its bow, pushing the pipeline alongside the Ship and causing the pipeline to kink, tear, and break away the discharge pipe from the Dredge.

20. As a result of the allision, the Dredge sustained property damage to its piping, piping saddles, and portside staircase and handrail.

21. The allision caused property damage to the Dredge and loss of use and downtime to the Dredge and its owner, Mike Hooks, LLC.

22. Plaintiff incurred costs and expenses to repair/replace the damages sustained in the allision in excess of $75,000..

## COUNT I
## NEGLIGENCE

23. The cause of the pipeline's breakaway and subsequent damages to the Dredge was the joint, several, combined, concurrent and/or individual negligence of the M/V NATHAN BRANDON, Nathan Brandon Pte Ltd, Omega Management Pte Ltd., Cooper Marine & Timberlands Corporation, and their employees, crewmembers, officers, agents, and/or servants for whom they are responsible in the following non-exclusive respects:

    a. Failing to heed to the rules of the road;

    b. Failing to avoid the Dredge and its equipment;

    c. Failing to observe navigational requirements;

    d. Failing to keep a safe distance from the Dredge;

    e. Failing to consider the warning flags/symbols onboard the Dredge;

    f. Failure to avoid impact with the Dredge and its equipment;

    g. Violating applicable maritime safety statutes, rules and/or regulations; and

    h. Other acts of negligence as may be identified in discovery.

24. As a result of the Defendants' negligence, Plaintiff Hooks has suffered losses and damages, including but not limited to:

      a.    Costs related to emergency securing, marking, and lighting of the Dredge and its equipment;

      b.    Costs of repairs to the Dredge, including replacing the damaged pipe saddles, swivel joints/elbows, and pontoons;

      c.    Damage to property;

      d.    Loss of use, business, and profits due to the Dredge's inoperability following the allision; and

      e.    Any such other loss and damages as may be established at trial.

25.    For the reasons stated above, the M/V NATHAN BRANDON, *in rem*, is liable to Mike Hooks, LLC for its damages to be determined by this Honorable Court. Plaintiff reserves the right to request the seizure and arrest of the Ship during the pendency of this action.

26.    Further, Nathan Brandon Pte Ltd., Omega Management Pte Ltd., and Cooper Marine & Timberlands Corporation, *in personam*, are liable to Mike Hooks, LLC for its damages to be determined by this Honorable Court.

27.    Plaintiff Hooks reserves the right to supplement its claim for damages as the repair efforts develop, which includes the right to seek arrest of the Ship in order to secure Plaintiff's claims herein.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Mike Hooks, LLC respectfully prays that judgment be granted in its favor for all damages and losses it is entitled to recover under the law, together with pre-judgment and post-judgment interest, costs, attorneys' fees, expert fees, and all other general and equitable relief to which Mike Hooks, LLC is entitled, against Nathan Brandon Pte Ltd., Omega Management Pte Ltd., and Cooper Marine & Timberlands Corporation, *in personam*, and the M/V NATHAN BRANDON, her engines, boilers, tackle, equipment, appurtenances, and cargo, *in rem*, and against any and all persons and entities having or claiming any interest therein.

DATED this 19th day of May 2023.

Respectfully submitted,

*/s/ Allen E. Graham*
ALLEN E. GRAHAM
Phelps Dunbar LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
251-432-4481
teeto.graham@phelps.com
*Attorneys for Plaintiff Mike Hooks, LLC*

**PLEASE SERVE THE FOLLOWING DEFENDANTS BY PRIVATE PROCESS SERVER:**

**NATHAN BRANDON PTE LTD.**
**AS OWNER OF M/V NATHAN BRANDON**
3791 JALAN BUKIT MERAH
NO. 08-12 E-CENTRE AT REDHILL
SINGAPORE 159471

**OMEGA MANAGEMENT PTE LTD.**
3 TEMASEK AVENUE
NO. 21-51 CENTENNIAL TOWER
SINGAPORE 039190

**NATHAN BRANDON PTE LTD.**
3791 JALAN BUKIT MERAH
NO. 08-12 E-CENTRE AT REDHILL
SINGAPORE 159471

**OMEGA MANAGEMENT PTE LTD.**
9 TEMASEK BOULEVARD
NO. 07-01 SUNTEC TOWER TWO
SINGAPORE 038989

**PLEASE SERVE THE FOLLOWING DEFENDANT BY CERTIFIED MAIL RETURN RECEIPT REQUESTED:**

**COOPER MARINE & TIMBERLANDS CORPORATION**
**(n/k/a COOPER TIMBERLANDS CORPORATION)**
SUSAN D. BATES, REGISTERED AGENT
118 NORTH ROYAL STREET, SUITE 1100
MOBILE, ALABAMA 36602

## VERIFICATION OF COMPLAINT

BEFORE ME, the undersigned authority, personally came and appeared:

**ALLEN E. GRAHAM**

who, upon being duly sworn, did depose and say:

That he is a member of the firm of Phelps Dunbar LLP, attorneys for the plaintiff; that he has read the foregoing complaint, and the facts therein are true and correct to the best of his knowledge, information, and belief, and that the source of this information is communications received from the plaintiff and its agents; that he has been authorized by the plaintiff to execute this verification on plaintiff's behalf, and that he makes this verification as attorney because no officer of plaintiff is located at the place of the Court.

_____
ALLEN E. GRAHAM

SWORN AND SUBSCRIBED
BEFORE ME THIS 15 DAY OF
MAY 2023.

_____
NOTARY PUBLIC



RACHEL J. DEHORA
My Commission Expires
June 21, 2026

- 6 -

PD.41742152.1